**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

JAMES HENRY TURNER, JR.,

                Plaintiff,

v.                                    CIVIL ACTION NO. 3:25-0614

WESTERN REGIONAL JAIL,
JAMES SMITH,
WEXFORD HEALTH SOURCES,
AUSTIN JORDAN,

                Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court dismiss the Complaint without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rules of Civil Procedure 41.1 for failure to prosecute and failure to comply with a Court order and remove this action from the docket of the Court. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and, consistent with the findings and recommendations, **DISMISSES** the Complaint without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Local Rules of Civil Procedure 41.1 for failure to prosecute and failure to comply with a Court order and **REMOVES** this action from the docket of the Court.

-2-

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:      July 16, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

-2-